1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8

9   **Eric G. Bjotvedt,**                                No. CV 09-1330-PHX-NVW

10

11          Plaintiff,

12   v.                                                **DEFAULT JUDGMENT**

13   **American Debt Services, Inc.,**
     **d.b.a. American Payment**
14   **Systems; and**
     **Absolute Account Resolutions,**
15   **L.L.C.;**

16          Defendants.

17

18          This action came for consideration before the Court.  The issues

19   have been considered and a decision has been rendered.

20          **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for

21   Default Judgment is hereby granted, entering default judgment against

22   Defendant Absolute Account Resolutions, L.L.C. and in favor of Plaintiff.

23   Plaintiff is awarded judgment against Absolute Account Resolutions, L.L.C.

24   /  /  /

25

1   for damages in the amount of $1,000.00, attorney's fees in the amount of

2   $1,525.00, and costs of $400.00.

3        DATED this 1st day of March, 2010.

4

5

6   _____

                  Neil V. Wake

7          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25